**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

**O. GENE BICKNELL,**

**Petitioner,**

**-against-**

**VERIZON COMMUNICATIONS INC.,**

**Respondent.**

------------------------------------------------------------x

**1:26-mc-258-ALC (ALC)**

**ORDER GRANTING MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**

**ANDREW L. CARTER, JR., United States District Judge:**

Pending before the Court is Petitioner's Motion to Compel Compliance with Subpoena Duces Tecum (Petitioner's "Motion"). ECF No. 5. Petitioner satisfies the requirements of Rule 45(d)(2)(B)(i). The subpoena satisfies the relevance requirement under FRCP 26(b)(1), and this Motion is properly before this Court as it commands production in the Southern District of New York. *See* ECF No. 6 at 3. Petitioner has further represented that Defendant does not oppose the Motion. *See* ECF No. 6 at 2.

Accordingly, Plaintiff's Motion is **GRANTED**. Respondent is compelled to respond satisfactorily to the outstanding subpoena issued to it. The Clerk of Court is respectfully directed to terminate ECF No. 5.

**IT IS SO ORDERED.**

Dated: July 17, 2026
**New York, New York**

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE